473 A.2d 672

Commonwealth v. Spencer, Appellant.

Submitted October 21, 1983. Anthony E. Jackson, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and WIEAND and MONTEMURO, JJ.

Order affirmed.

SPAETH, President Judge, concurred in the result.